# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00756-CV

**Darneshia Battle, Appellant**

**v.**

**Darwin Homes, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-19-007509, THE HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Darneshia Battle has filed an unopposed motion to dismiss this appeal.

We grant appellant's motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

_____

Edward Smith, Justice

Before Justices Goodwin, Kelly, and Smith

Dismissed on Appellant's Motion

Filed:   April 2, 2020